# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge
Criminal No. 3:22-cr-00042-SMR-SBJ   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Justin Richard Mezera

---

Gov. Atty(s): Clifford R. Cronk, III for William R. Ripley  : ✔ Indictment   ☐ Superseding Indictment   ☐ Information
Def. Atty(s): Terence L. McAtee                              : ☐ Complaint   ☐ Warrant   ☐ Summons
Appearance: ☐ In Person  ✔ Video Conference                  : Code Violation/Offense:
✔ All Parties Consent to Video Proceeding                    : 18:2252(a)(2), 2252(b)(1)- Receipt of Child Pornography
Court Reporter: FTR Gold-140                                 : (1)
Interpreter: N/A                                             : 18:2252(a)(4)(B), 2252(b)(2) - Possession of Child
   Interpreter Sworn                                           Pornography (2)

Date: April 27, 2022
Initial Appearance Start Time: 2:00 pm    Arraignment Start Time: 2:10 pm    End Time: 2:17 pm

## Initial Appearance

✔ Defendant Advised of Rights:           ✔ Rule 5 Admonition Given
☐ Advised of Consular Notification Rights    ☐ Requesting Consular Notification   ☐ Yes   ☐ No
Representation: ✔ Appointed FPD   ☐ Appointed CJA   ☐ Retained Counsel
Next Court Event: ☐ Preliminary   ☐ Arraignment   ☐ Removal Hearing
   Set for:

## Arraignment

Trial Scheduled for: May 31, 2022              : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: May 4, 2022              : ✔ Indicted in True Name
Reciprocal Discovery due: May 11, 2022         :    True Name:
Pretrial Motions due: May 10, 2022             : ✔ Reading of Indictment Waived
Plea Notification Deadline: May 10, 2022       :    Plea of Not Guilty Accepted as to Ct(s): 1 & 2
Plea Entry Deadline: May 17, 2022              : ✔ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):   : ✔ Defendant advised that failure to enter a plea by deadline
                                                    may negatively impact consideration and finding regarding
                                                    reduction in offense level based upon Acceptance of
                                                    Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention          Detention Hearing Set: May 2, 2022, at 9:00 am
☐ Defendant Waived Preliminary Examination    Before the Honorable: Stephen B. Jackson, Jr.
☐ Defendant Waived Detention Hearing              Room: 242    ☐ Video Conference
Court Ordered Defendant:   ☐ Released on Bond   ✔ Detained

The Court finds that today's hearing was conducted by reliable electronic means.

/s/ S. Tomlinson
Deputy Clerk