AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-cr-00042-SMR-SBJ-1 |
| Justin Richard Mezera | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>131 East 4th Street<br>Davenport, Iowa 52801 | Courtroom No.: 242 |
|---|---|---|
| | | Date and Time: 5/2/22 9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 27, 2022

*Judge's signature*

Stephen B. Jackson, Jr., United States Magistrate Judge
*Printed name and title*