AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Southern District of Iowa

**Received**
**U.S. Marshals Service**
**Southern District of Iowa**
**8:57 am, Apr 14 2022**

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:22-cr-42 |
| | ) | |
| Justin Richard Mezera | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Justin Richard Mezera                                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
   18:2252(a)(2), 2252(b)(1) - Receipt of Child Pornography
   18:2252(a)(4)(B), 2252(b)(2) - Possession of Child Pornography

WARRANT ISSUED

JOHN S. COURTER, Clerk

By:
                    **DEPUTY CLERK**

Date:   04/13/2022

City and state:     Davenport, Iowa                                    Stephen B. Jackson, Jr., U.S. Magistrate Judge
                                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4-27-22 , and the person was arrested on *(date)* 4-27-22 |
| at *(city and state)* Iowa . |
| Date: 4-27-22 |
| *Arresting officer's signature* |
| Hadden        Dusm |
| *Printed name and title* |