## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge

Case No. 3:22-cr-00042-SMR-SBJ-1 : Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Justin Richard Mezera |

Plaintiff(s) Counsel: William R. Ripley

Defendant(s) Counsel: Terence L. McAtee

Court Reporter: Deb Thornburg : Interpreter: N/A

Motion(s) for Ruling:          Ruling    /    Ruling Reserved

| Government's Motion for Detention | Hearing is in Recess |
|---|---|

Proceedings:

Defendant is in court with counsel for detention hearing. Court states the parties discussed the logistics of today's hearing prior to going on the record. The hearing will go forward today with evidence, but then will be in recess to conclude on May 6, 2022. Government proffers testimony of Special Agent Daniel Kraft from Department of Homeland Security. Defendant calls Special Agent Daniel Kraft for cross examination. Sworn testimony of Special Agent Kraft (C) [9:25-9:28 am]. Government proffers the Pretrial Services Report. Defense calls Defendant's mother, Tammy Hendrix, as a possible 3rd-party custodian. Sworn testimony of Ms. Hendrix (D, C, RD, RC) [9:29-9:37 am].

Court ORDERS a recess of the detention hearing until May 6, 2022, at 11:15 am. Court orders Defendant remanded to the custody of the U.S.M.S. pending hearing.

Time Start: 9:13 am
Time End:  9:38 am
Date: May 2, 2022

/s/ S. Lancaster
Deputy Clerk