## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge

Case No. 3:22-cr-00042-SMR-SBJ-1 : Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Justin Richard Mezera |

Plaintiff(s) Counsel: William R. Ripley

Defendant(s) Counsel: Terence L. McAtee

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Government's Motion for Detention | Granted |

Proceedings:

Defendant is in court with counsel for continuation of the detention hearing. Counsel for Defendant advised the Court that his client wishes to waive his right to a detention hearing. Court discusses with counsel status of waiver. Court advised the Defendant of his right to have a detention hearing and Defendant understood his right. Court accepts waiver.

RULING: Court grants government's motion for detention. Court orders Defendant remanded to the custody of the U.S.M.S. pending hearing.

Time Start: 11:14 am
Time End: 11:20 am
Date: May 6, 2022

/s/ Brian Phillips
Deputy Clerk