IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 3:22-cr-42 |
| Plaintiff, | ) |
| | ) <u>UNRESISTED</u> |
| vs. | ) MOTION TO CONTINUE TRIAL, |
| | ) PRETRIAL MOTION DEADLINE |
| JUSTIN RICHARD MEZERA, | ) AND GUILTY PLEA DEADLINE |
| | ) |
| Defendant. | ) |

COMES NOW, the defendant, Justin Richard Mezera, through counsel, and moves for a continuance of the trial currently scheduled for May 31, 2022. Defendant also moves to continue the pretrial motion deadline and guilty plea deadline. In support of this motion, counsel states:

1. Mr. Mezera is charged in a two-count Indictment with Receipt of Child Pornography and Possession of Child Pornography. His arraignment was held on April 27, 2022.

2. This is the first request for a continuance in this matter; trial has not previously been continued.

3. Discovery in this case was received on or about May 4, 2022, and consists of approximately 535 pages of written documents, Kik login records, 106 search warrant and surveillance photos, 2 interview videos, and other discovery materials located at the United States Attorney's Office. Additional time is necessary to review the discovery with Mr. Mezera and prepare for trial.

4. Defense counsel requests a 120-day continuance of the trial date and a corresponding continuance of the pretrial motion deadline and guilty plea deadline.

5. Undersigned counsel has consulted with Assistant United States Attorney William R. Ripley, and the government does not resist this motion.

WHEREFORE, the defendant respectfully requests a 120-day continuance of the current trial date, and a corresponding continuance of the pretrial motion deadline and guilty plea deadline.

        FEDERAL DEFENDER'S OFFICE
        CBI Bank & Trust Building
        101 W. 2nd Street, Suite 401
        Davenport, Iowa 52801-1815
        TELEPHONE:  (563) 322-8931
        TELEFAX:  (563) 383-0052
        EMAIL: terry_mcatee@fd.org

        By:  /s/ *Terence McAtee*
             **Terence McAtee**
             Assistant Federal Defender
             ATTORNEY FOR DEFENDANT

cc: William R. Ripley, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on May 16, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
   /s/