IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUSTIN RICHARD MEZERA, ) <br> ) <br> Defendant. ) | Criminal No. 3:22-cr-42 <br><br> NOTICE OF INTENT TO <br> PLEAD GUILTY |

Defendant Justin Richard Mezera, through counsel, hereby notifies the court and the government of his intent to plead guilty. The court may remove this case from the November 7, 2022, trial schedule.

> FEDERAL DEFENDER'S OFFICE
> CBI Bank & Trust Building
> 101 W. 2nd Street, Suite 401
> Davenport, Iowa 52801-1815
> TELEPHONE:  (563) 322-8931
> TELEFAX:  (563) 383-0052
> EMAIL: terry_mcatee@fd.org
>
> By: /s/ *Terence McAtee*
>     **Terence McAtee**
>     Assistant Federal Defender
>     ATTORNEY FOR DEFENDANT

cc: William R. Ripley, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on October 11, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

     /s/   M. Magner