## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 3:22-cr-00042-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. JUSTIN RICHARD MEZERA

---

| | |
|---|---|
| Gov. Atty(s): William Reiser Ripley | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Terence L. McAtee | : In  2  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO - |
| Interpreter: N/A | : 18:2252(a)(2), 2252(b)(1)- Receipt of Child Pornography (1) |
| | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO - |
| Date: February 28, 2023 | : 18:2252(a)(4)(B), 2252(b)(2) - Possession of Child Pornography (2) |
| Time Start: 11:01 am  Time End: 12:00 pm | : |

---

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1. | : ✔ Court adopted findings of Final PSR |
| Jury    Court guilty verdict to Count(s) | :    Final PSR as amended |

Minutes:

Defendant present with counsel for sentencing.  Defendant satisfied with counsel.  Defendant advised of maximum penalties and informed of PSR.  Parties discuss PSR.  Total Offense Level = 34; Criminal History Category = I; Guideline Imprisonment Range = 151 to 188 months.  Parties argue appropriate sentence.  11:32 Defense calls Justin Mezera; witness sworn; testifies.  11:35  Witness excused.  Defendant allocutes.  Court pronounces sentence.  Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 108 months with a 5 year term of supervised release to follow.  Court recommends placement at FCI Sandstone or FCI Milan.  $100 Special Assessment.  Restitution in the amount of $21,000.

Count 2 is Dismissed upon motion of the United States.

Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk